82 P.2d 792

TOWN OF SILVER CITY, Appellant, v. Eugene B. NORTH, Treasurer of County of Grant, State of New Mexico, Appellee.

No. 4358.

Supreme Court of New Mexico.

Sept. 7, 1938.

Wilson & Woodbury, of Silver City, for appellant.

Hubert O. Robertson, of Silver City, for appellee.

PER CURIAM.

This is a companion case to Patten v. Corbin et al., 42 N.M. 561, 82 P.2d 789. The issues are settled by that decision in favor of appellee.